Dana B. Briganti, Esq.
**HINSHAW & CULBERTSON LLP**
800 Third Avenue, 13th Floor
New York, New York 10017
212-471-6200 (Telephone)
212-935-1166 (Facsimile)
*Attorneys for Defendant*
*Midland Credit Management, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA RABINOWITZ,<br><br>               Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., and JOHN DOES 1-50 and ABC CORP. 1-50,<br><br>               Defendants. | Docket No. 2:22-cv-1106<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Midland Credit Management, Inc. ("Midland") hereby gives notice of the removal of this action from the Superior Court of New Jersey, Law Division, Essex County, where it is now pending, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant Midland states:

1. On or about August 4, 2021, Plaintiff filed a complaint against Midland in a lawsuit in the Superior Court of New Jersey, Essex County, Law Division, Docket No. ESX-L-006039-21. A copy of Plaintiff's Complaint is annexed hereto as **Exhibit A**.

2. Plaintiff's Complaint was served via Personal Service which Midland received on January 31, 2022.

3. The Complaint alleges, in sum and substance, that Midland violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. Midland denies that it violated the law in any way. Accordingly, this action may be removed pursuant to 28 U.SC. §1441 as this Court has federal question jurisdiction under 28 U.S.C. §1331.

4. This Notice of Removal is timely filed within thirty (30) days after Midland first received a copy of the initial pleading setting forth the claims for relief and existence of federal question jurisdiction.

5. A civil cover sheet and the payment of the required filing fee accompany this Notice.

6. Written notice of this Notice of Removal will be filed with the Superior Court of New Jersey, Law Division, Essex County.

**WHEREFORE,** Defendant Midland, respectfully requests that this action be removed from the Superior Court of New Jersey, Law Division, Essex County to the United States District Court for the District of New Jersey.

Dated:   New York, New York
         March 1, 2022

                                    HINSHAW & CULBERTSON LLP
                                    *Attorneys for Defendant*
                                    *Midland Credit Management, Inc.*

                              By:   *s/Dana B. Briganti*
                                    Dana B. Briganti, Esq.
                                    800 Third Avenue, 13th Floor
                                    New York, NY 10022
                                    Tel: 212-471-6200
                                    Email: dbriganti@hinshawlaw.com

TO:   Lawrence C. Hersh
      17 Sylvan Street, Suite 102B
      Rutherford, New Jersey 07070
      Tel: (201) 507-6300
      *Attorney for Plaintiff*