Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA RABINOWITZ, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 2:22-CV-01106-ES-ESK |
| vs. | **STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| MIDLAND CREDIT MANAGEMENT, INC. and JOHN DOES 1-50 and ABC CORP. 1-50, | |
| Defendants. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against all defendants, and dismisses the claims on behalf of the putative class without prejudice.

Dated:  December 6, 2022          By: s/ Lawrence C. Hersh
                                  Lawrence C. Hersh, Esq.
                                  *Attorney for Plaintiff*

Dated:  December 6, 2022          By: s/ Dana B. Briganti

SO ORDERED.                       Dana B. Briganti, Esq.
                                  *Attorney for Defendant*
                                  Midland Credit Management, Inc.

_____
Hon. Esther Salas, U.S.D.J.
Dated: Dec. 23, 2022